| | |
|---|---|
| In re:<br><br>HO WAN KWOK[1]<br><br>                Debtor. | Chapter 11 Case No.<br><br>22-50073 (JAM)<br><br>(Jointly Administered) |
| Pacific Alliance Asia Opportunity Fund L.P.,<br><br>                Plaintiff,<br><br>vs.<br><br>Ho Wan Kwok,<br><br>                Defendant | Adv. Pro. No.  22-05032 (JAM) |

**DECLARATION OF DOUGLASS BARRON IN SUPPORT OF
JOINT MOTION FOR ENTRY OF AN ORDER HOLDING HO WAN KWOK IN CIVIL
CONTEMPT FOR FAILURE TO COMPLY WITH
<u>TEMPORARY RESTRAINING ORDER</u>**

I, Douglass Barron, declare:

    1.    I am an attorney admitted to practice law in the State of New York and State of Oregon and am an associate at the law firm of Paul Hastings, 200 Park Avenue, New York, NY 10166, counsel for the appointed Chapter 11 Trustee to the Individual Debtor, Kwok's estate (the "Trustee").  I respectfully submit this Declaration in support of the Trustee's and Pacific Alliance Asia Opportunity Fund L.P.'s ("PAX") Joint Motion for Entry of an Order Holding Ho Wan Kwok in Civil Contempt for Failure to Comply with Temporary Restraining Order.

    2.    Attached as Exhibit 1 is a true and correct copy of excerpts from the trial transcript of *Eastern Profit Corp., Ltd. v. Strategic Vision US LLC*, 18-cv-2185 (S.D.N.Y. 2021).

---

[1] The last four digits of the Debtor's taxpayer identification number are 9595.

3.  Attached as Exhibit 2 a true and correct copy of excerpts from the April 6, 2022 transcript of the continuation of the 341 Meeting of Creditors held in the Debtor's Chapter 11 Bankruptcy.

4.  Attached as Exhibit 3 is a true and correct copy of an email sent to employees of the Trustee's law firm on November 26, 2022.

5.  Attached as Exhibit 4 is a true and correct copy of an email sent to employees of PAX's counsel's law firm on November 29, 2022.

6.  On November 26, 2022, the Trustee received a voicemail from an unidentified individual. A true and correct transcription of that voicemail is as follows: "Luc, you are CCP's running dog. You need to go to hell. You just did something so ridiculous and your end is so close. F-U-C-K."

7.  Attached as Exhibit 5 is a true and correct copy of the email effectuating service on Debtor's counsel, Zeisler & Zeisler, P.C., by the Trustee's counsel on November 23, 2022.

8.  Attached as Exhibit 6 is a true and correct copy of the email effectuating service on Debtor's counsel, Melissa Francis and Aaron Mitchell, by the Trustee's counsel on November 23, 2022.

9.  Attached as Exhibit 7 is a true and correct copy of the Trustee's October 11, 2022 adversary complaint against Bravo Luck and Qiang Guo (Case No. 22-05027, Dkt. No. 1).

10.  Attached as Exhibit 8 is a true and correct copy of the 2019 New York State Annual Filing for Charitable Organizations filed by the Rule of Law Foundation III, Inc.

11.  Attached as Exhibit 9 is a true and correct copy of the Registration Statement for Charitable Organizations filed with the New York State Office of the Attorney General by the Rule of Law Foundation III, Inc.

12. Attached as Exhibit 10 is a true and correct copy of an email the Trustee received on November 25, 2022 with the subject line "i kill," sent from fantianzhanche@protonmail.com.

Dated: November 30, 2022　　　　　　　　　Respectfully submitted,
New York, New York

　　　　　　　　　　　　　　　　　　　　　*/s/ Douglass Barron*
　　　　　　　　　　　　　　　　　　　　　Douglass Barron
　　　　　　　　　　　　　　　　　　　　　douglassbarron@paulhastings.com
　　　　　　　　　　　　　　　　　　　　　PAUL HASTINGS
　　　　　　　　　　　　　　　　　　　　　200 Park Avenue
　　　　　　　　　　　　　　　　　　　　　New York, NY 10166
　　　　　　　　　　　　　　　　　　　　　(212) 318-6690
　　　　　　　　　　　　　　　　　　　　　(212) 230-7690

　　　　　　　　　　　　　　　　　　　　　*Attorney for the Trustee*