**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

| | | |
|---|---|---|
| In Re: | ) | CHAPTER 11 |
| | ) | |
| HO WAN KWOK, GENEVER | ) | CASE NO.: 22-50073 (JAM) |
| HOLDINGS CORPORATION and | ) | |
| GENEVER HOLDINGS LLC | ) | |
| | ) | |
| | ) | |
| PACIFIC ALLIANCE ASIA | ) | ADV. PRO. NO.: 22-05032 |
| OPPORTUNITY FUND L.P., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| HO WAN KWOK, | ) | DECEMBER 1, 2022 |
| | ) | |
| Defendant. | ) | |
| | ) | |

**EMERGENCY MOTION FOR ONE-BUSINESS-DAY CONTINUANCE**

Defendant Ho Wan Kwok respectfully requests a one-business-day continuance of the

December 2, 2022 hearing concerning the Motion for Preliminary Injunction (ECF No. 3) (the

"Motion") to December 5, 2022, as well as an extension of the objection filing deadline from

December 1, 2022 at 4:00 p.m. to December 2, 2022 at 4:00 p.m.  Defendant's counsel, Jeffrey

Hellman, was retained this morning and first contacted on November 29, 2022.  Lead counsel,

David Wachen, a Maryland attorney who specializes in First Amendment matters and whose

admission is sought *pro hac vice,* was retained within the last few days.  Accordingly, Defendant's

counsel requires additional time to review the complex factual and legal issues and prepare for the

hearing on a motion that implicates Defendant's fundamental First Amendment rights and

Plaintiff's persistent attempts to have this Court enter what would appear to be an unconstitutional

prior restraint.

1

The plaintiff, Pacific Alliance Asia Opportunity Fund L.P. and the Chapter 11 Trustee do not consent to this Motion for Continuance.  This is Defendant's first continuance request.

**DEFENDANT**
**HO WAN KWOK**

By:    /s/ *Jeffrey Hellman*
       Jeffrey Hellman, Esq.
       Law Offices of Jeffrey Hellman, LLC
       195 Church Street, 10th Floor
       Tel.: 203-691-8762
       Fax: 203-832-4401
       New Haven, CT 06510
       jeff@jeffhellmanlaw.com
       Federal Bar No.: ct04102