UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

### EXHIBIT LIST FOR PLAINTIFFS

| | |
|---|---|
| IN RE:<br><br>HO WAN KWOK,<br>    Debtor. | CHAPTER 11<br><br>CASE No.: 22-50073 (JAM) |
| Pacific Alliance Asia Opportunity Fund L.P.,<br>    Plaintiff,<br><br>Chapter 11 Trustee, Luc Despins,<br>    Plaintiff-Intervenor,<br><br>vs.<br><br>Ho Wan Kwok,<br>    Defendant. | ADV CASE No.: 22-5032<br><br>**ECF No. 3** - Motion for Preliminary Injunction Enjoining the Debtor from Publishing Personal Information about Certain Parties and their Relatives Online, (II) Directing the Debtor to Remove Any Such Existing Posts, (III) Granting a Temporary Restraining Order in the Event that the Court Orders a Hearing on this Motion, and (IV) Referring the Debtor's Conduct to the US Attorney's Office for the District of Connecticut (Redacted) Filed by Patrick M. Birney on behalf of Pacific Alliance Asia Opportunity Fund L.P., Plaintiff.<br><br>**HEARING DATE(S):** December 5, 6, 7 and 12, 2022 |

**EXHIBITS SUBMITTED BY: Plaintiffs**

**ATTORNEY(S):** David Harbach, David Cantor, and Nicolas Bassett

| EXHIBIT[1] | DESCRIPTION | ID/FULL | SUBMIT DATE |
|---|---|---|---|
| PAX 3-B | YouTube video dated November 24, 2022 | Full | 12/6/2022 |
| PAX 3-D | Translation for the Miles Kwok Video | Full | 12/12/2022 |
| PAX 4-A | Screenshot of @Miles Gettr post dated November 24, 2022, | Full | 12/6/2022 |
| PAX 6-B | *SEALED*<br>Exhibit A to Statement of Chapter 11 Trustee with Respect to Debtor's Social Media Intimidation Campaign filed in main case, 22-50073 at ECF No. 1133 | Full | 12/6/2022 |

---

[1] Exhibits submitted on a flash drive and maintained by Clerk of Court for the U.S. Bankruptcy Court, District of Connecticut

| EXHIBIT[1] | DESCRIPTION | ID/FULL | SUBMIT DATE |
|---|---|---|---|
| PAX 7 | *SEALED*<br>Screenshot of November 20, 2022 @NFSCSpeaks Gettr post | Full | 12/6/2022 |
| PAX 8 | Screenshot of November 18-21, 2022 @Miles Gettr posts | Full | 12/5/2022 |
| PAX 9 | YouTube video dated November 20, 2022 | Full | 12/7/2022 |
| PAX 10-B | YouTube video from November 25, 2022 @Miles Gettr post | Full | 12/7/2022 |
| PAX 10-C | Still from 01:15:57 in video from November 25, 2022 @Miles YouTube post | Full | 12/5/2022 |
| PAX 11-B | Video from November 26, 2022 @Miles Gettr post | Full | 12/7/2022 |
| PAX 12 | Google Earth image of an address in California. | Full | 12/5/2022 |
| PAX 13 | *SEALED*<br>Screenshot of November 24, 2022 @MilesGuoLive Gettr post | Full | 12/6/2022 |
| PAX 14 | *SEALED*<br>Microsoft Bing image of an address in Massachusetts | Full | 12/5/2022 |
| PAX 15 | Screenshot of video from November 25, 2022 @Miles Gettr post | Full | 12/6/2022 |
| PAX 16 | *SEALED*<br>Google Earth image of an address in California | Full | 12/5/2022 |
| PAX 17 | Screenshot from November 23, 2022 @NFCSpeaks Gettr post | Full | 12/6/2022 |
| PAX 18-C | Still from 19:45 in video from November 28, 2022 @Miles Gettr post | Full | 12/6/2022 |
| PAX 18-D | Still from 2:00:33 in video from November 28, 2022 @Miles Gettr post | Full | 12/5/2022 |
| PAX 19-B | Video from November 25, 2022 @NFSCSpeaks Gettr post | Full | 12/5/2022 |
| PAX 20-B | Video from November 25, 2022 @NFSCSpeaks Gettr post | Full | 12/7/2022 |
| PAX 21 | Screenshot of a Gettr post dated November 26, 2022 | Full | 12/6/2022 |
| PAX 22-A | November 26, 2022, email to D. Barron | Full | 12/7/2022 |
| PAX 22-B | Attachment to November 26, 2022, email to D. Barron | Full | 12/7/2022 |
| PAX 23 | November 26, 2022 voicemail left by unknown caller on Luc Despins work phone | Full | 12/7/2022 |
| PAX 24-B | Video from November 16, 2022 @NFSCSpeaks Gettr post | Full | 12/6/2022 |
| PAX 26-A | Screenshot of July 19, 2022 @Miles Gettr post | Full | 12/5/2022 |
| PAX 26-B | Video from July 19, 2022 @Miles Gettr post | Full | 12/6/2022 |
| PAX 28-A | Screenshot of July 13, 2022 @Miles Gettr post | Full | 12/12/2022 |
| PAX 28-B | Video from July 13, 2022 @Miles Gettr post | Full | 12/6/2022 |
| PAX 29 | November 25, 2022 email to Luc Depins | Full | 12/7/2022 |
| PAX 30-A | Screenshot of July 8, 2022 @Miles Gettr post | Full | 12/5/2022 |
| PAX 32 | Screenshot of November 28, 2022 @MilesGuoLive Gettr post | Full | 12/6/2022 |

| EXHIBIT[1] | DESCRIPTION | ID/FULL | SUBMIT DATE |
|---|---|---|---|
| PAX 33 | Screenshot of November 30, 2022 @MilesGuoLive Gettr post | Full | 12/6/2022 |
| PAX 34 | Screenshot from New Federal State of China website | Full | 12/6/2022 |
| PAX 35 | Screenshot from New Federal State of China website | Full | 12/7/2022 |
| PAX 36 | Screenshot from New Federal State of China website | Full | 12/7/2022 |
| PAX 38-A | Screenshot of November 21, 2022 Fireman YouTube video | Full | 12/5/2022 |
| PAX 38-B | Video from November 21, 2022 Fireman YouTube | Full | 12/5/2022 |
| PAX 38-D | Still from 2:13 in video from November 21, 2022 Fireman YouTube video | Full | 12/5/2022 |
| PAX 38-E | Still from 1:33 in video from November 21, 2022 Fireman YouTube video | Full | 12/5/2022 |
| PAX 39-B | Video from October 21, 2022, NFSC-TV YouTube video | Full | 12/7/2022 |
| PAX 40-B | Video from November 25, 2022 @Miles Gettr post | Full | 12/5/2022 |
| PAX 41-B | Still from 00:11 in YouTube video from November 18, 2022 | Full | 12/5/2022 |
| PAX 41-C | Still from 00:30 in YouTube video from November 18, 2022, | Full | 12/5/2022 |
| PAX 42 | YouTube video from November 21, 2022 @Miles Gettr post | Full | 12/5/2022 |
| PAX 43-B | Video from November 25, 2022 | Full | 12/5/2022 |
| PAX 44 | Video from October 28, 2022 @gordon111888 Gettr post | Full | 12/5/2022 |
| PAX 45 | Video of November 24, 2022 Justice Farm in Nuremberg, Germany | Full | 12/5/2022 |
| PAX 46-B | Al Jazeera video from March 31, 2022 starting at the 8:33 mark re: establishing rule of law fund | ID | 12/5/2022 |
| PAX 47-B | Video of November 18, 2022 @NFSCSpeaks Gettr post | Full | 12/7/2022 |
| PAX 48 | Statement of Chapter 11 Trustee filed in main case, Case No. 22-50073 at ECF No. 1133, Exhibit G | Full | 12/7/2022 |
| PAX 50 | Screenshot of @MilesGuoLive Gettr page | Full | 12/5/2022 |
| PAX 51-B | Video from December 3, 2022 @Miles Gettr post | Full | 12/7/2022 |
| PAX 53 | Screenshot of likes feed of @MilesGuo Gettr page | Full | 12/5/2022 |
| PAX 55 | Book cover image, Miles Kwok, Revolutionary Whistle Blower | Full | 12/5/2022 |
| PAX 55-A | Excerpt from Book | Full | 12/5/2022 |
| PAX 56 | Image | Full | 12/5/2022 |
| PAX 57 | Image | Full | 12/5/2022 |
| PAX 58 | Screenshot of November 21, 2022 @guapima666 Twitter post | Full | 12/5/2022 |
| PAX 59 | Screenshot of video posted on NFSC-TV YouTube channel | Full | 12/5/2022 |

| EXHIBIT[1] | DESCRIPTION | ID/FULL | SUBMIT DATE |
|---|---|---|---|
| PAX 60 | Screenshot of @Miles Gettr page | Full | 12/5/2022 |
| PAX 61 | Screenshot of @MilesGuo Gettr page | Full | 12/5/2022 |
| PAX 64 | ECF No. 41, Exhibit 8 filed in the adversary, 22-5032 | Full | 12/7/2022 |
| PAX 67 | Extract of ECF No. 1133, Exhibit B filed in main case, 22-50073 | Full | 12/5/2022 |
| PAX 68 | Extract of ECF No. 1133, Exhibit C filed in main case, 22-50073 | Full | 12/5/2022 |
| PAX 69 | Image | Full | 12/5/2022 |
| PAX 70 | Image | Full | 12/5/2022 |
| PAX 71 | Image | Full | 12/5/2022 |
| PAX 72 | Image | Full | 12/5/2022 |
| PAX 73 | Image | Full | 12/5/2022 |
| PAX 74 | Image | Full | 12/5/2022 |
| PAX 75 | Image | Full | 12/5/2022 |
| PAX 76 | Image | Full | 12/5/2022 |
| PAX 77 | Image | Full | 12/5/2022 |
| PAX 79 | Image | Full | 12/5/2022 |
| PAX 81 | List of names written on yellow paper | Full | 12/5/2022 |
| PAX 82 | Debtor's Declaration filed main case, 22-50073 at ECF No. 107 | Full | 12/6/2022 |
| PAX 83 | Letter dated 7/11/22 filed in 22-50073 at ECF No. 531 | Full | 12/6/2022 |
| PAX 84 | Motion for Relief from Appointing Chapter 11 Trustee filed in main case, 22-50073 at ECF No. 561 | Full | 12/6/2022 |
| PAX 85 | Image | Full | 12/6/2022 |
| PAX 86 | Image | Full | 12/6/2022 |
| PAX 87 | Screenshot of a Declaration by R.L. and photographs | Full | 12/7/2022 |
| PAX 88 | Picture of Book Cover | Full | 12/7/2022 |
| PAX 89 | Image | Full | 12/7/2022 |
| PAX 90 | Image | Full | 12/7/2022 |
| PAX 91 | Declaration of Chapter 11 Trustee, Mr. Despins | Full | 12/7/2022 |
| PAX 92 | Screenshot of a video posted on Gettr | Full | 12/7/2022 |
| PAX 93 | Screenshot of a video posted on Gettr | Full | 12/7/2022 |
| PAX 94 | Screenshot of a Gettr page | Full | 12/12/2022 |

| EXHIBIT[1] | DESCRIPTION | ID/FULL | SUBMIT DATE |
|---|---|---|---|
| PAX 95-A | Screenshot of a Twitter page | Full | 12/12/2022 |
| PAX 95-B | Video (01:03) | Full | 12/12/2022 |
| PAX 95-D | Quote on a document | Full | 12/12/2022 |

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

**WITNESS LIST FOR PLAINTIFFS**

| | |
|---|---|
| IN RE:<br><br>HO WAN KWOK,<br>　　　　DEBTOR.<br><br>Pacific Alliance Asia Opportunity Fund L.P.,<br>　　　　Plaintiff,<br><br>Chapter 11 Trustee, Luc Despins,<br>　　　　Plaintiff-Intervenor,<br><br>vs.<br><br>Ho Wan Kwok,<br>　　　　Defendant. | CHAPTER 11<br><br>CASE No.: 22-50073 (JAM)<br><br>ADV CASE No.: 22-5032<br><br>**ECF No. 3** - Motion for Preliminary Injunction Enjoining the Debtor from Publishing Personal Information about Certain Parties and their Relatives Online, (II) Directing the Debtor to Remove Any Such Existing Posts, (III) Granting a Temporary Restraining Order in the Event that the Court Orders a Hearing on this Motion, and (IV) Referring the Debtor's Conduct to the US Attorney's Office for the District of Connecticut (Redacted) Filed by Patrick M. Birney on behalf of Pacific Alliance Asia Opportunity Fund L.P., Plaintiff.<br><br>**HEARING DATE(S):** December 5, 6, 7 and 12, 2022 |

**Witness(s) for Plaintiffs**

| Witness Name | Direct | Cross | Redirect | Recross |
|---|---|---|---|---|
| Brian Napierala | Direct examination by Mr. Harbach | Cross-examination by Mr. Wachen | Redirect examination by Mr. Harbach | Recross examination by Mr. Wachen |
| Ho Wan Kwok | Direct examination by Mr. Harbach<br><br>Direct examination by Mr. Bassett | | | |

| **Witness Name** | **Direct** | **Cross** | **Redirect** | **Recross** |
|---|---|---|---|---|
| Luc Despins, Chapter 11 Trustee | Direct examination by Mr. Harbach<br><br>Direct examination by Mr. Bassett | Cross-examination by Mr. Wachen | Redirect examination by Mr. Bassett | Recross examination by Mr. Wachen |
| San-San Yu | Direct examination by Mr. Harbach | | | |