# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF CONNECTICUT
# BRIDGEPORT DIVISION

| | |
|---|---|
| In re:<br><br>HO WAN KWOK, *et al.*,[1]<br><br>                    Debtors. | Chapter 11<br><br>Case No. 22-50073 (JAM)<br><br>(Jointly Administered) |
| Pacific Alliance Asia Opportunity Fund L.P.,<br><br>                    Plaintiff,<br><br>vs.<br><br>Ho Wan Kwok,<br><br>                    Defendant. | Adv. Pro. No. 22-05032 (JAM)<br><br>January 4, 2023<br><br>Re: Adv. Pro. ECF No. 40 |

## NOTICE SUPPLEMENTING RECORD CONCERNING JOINT MOTION FOR ENTRY OF AN ORDER HOLDING HO WAN KWOK IN CIVIL CONTEMPT FOR FAILURE TO COMPLY WITH TEMPORARY RESTRAINING ORDER

**PLEASE TAKE NOTICE** that on November 30, 2022, Pacific Alliance Asia Opportunity Fund L.P. ("PAX") and Luc A. Despins, as the appointed Chapter 11 Trustee to the Estate of Ho Wan Kwok, filed the *Joint Motion for Entry of an Order Holding Ho Wan Kwok in Civil Contempt for Failure to Comply with Temporary Restraining Order* [Adv. Pro. ECF No. 40].

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595) ("Kwok" or the "Individual Debtor"), Genever Holdings Corporation ("Genever BVI"), and Genever Holdings LLC (last four digits of tax identification number: 8202) ("Genever US"). The mailing address for the Trustee, Genever BVI, and Genever US is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications). Citations to the chapter 11 bankruptcy docket are referenced in this motion as "Bankr. ECF" and citations to the docket of this adversary proceeding are referenced as "Adv. Pro. ECF."

1

26344631-v1

**PLEASE TAKE FURTHER NOTICE** that at the January 3, 2023 hearing, Trustee Despins noted on the record that the type of conduct established on the record at the preliminary injunction hearing on December 5-7 and 12, 2022, continues at his home and now also at his ex-spouse's and at least one of his children's homes. For completeness of the record, PAX informs the Court that the same is true with respect to continuing daily conduct at the residences of PAG Chairman Shan's family members and PAX counsel Mr. Sarnoff.

Dated: January 4, 2023
       Hartford, Connecticut

       **Pacific Alliance Asia Opportunity Fund L.P.**

       By: /s/   Patrick M. Birney
          Patrick M. Birney (CT No. 19875)
          Annecca H. Smith (CT No. 31148)
          **ROBINSON & COLE LLP**
          280 Trumbull Street
          Hartford, CT 06103
          Telephone: (860) 275-8275
          Facsimile: (860) 275-8299
          E-mail: pbirney@rc.com
                 asmith@rc.com

       -and-

       Peter Friedman (admitted *pro hac vice*)
       Stuart M. Sarnoff (admitted *pro hac vice*)
       **O'MELVENY & MYERS LLP**
       Seven Times Square
       New York, NY 10036
       Telephone: (212) 326-2000
       Facsimile: (212) 326-2061
       Email: pfriedman@omm.com
               ssarnoff@omm.com

**CERTIFICATE OF SERVICE**

I hereby certify that on January 4, 2023, a copy of the foregoing was filed electronically through the Court's CM/ECF System. Notice of this filing will be sent by e-mail to all parties receiving notice by operation of the court's electronic filing system. Parties in interest may access this filing through the Court's CM/ECF System.

/s/ *Patrick M. Birney*
Patrick M. Birney

26344631-v1