**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

| | |
|---|---|
| In Re: ) | CHAPTER 11 |
| ) | |
| HO WAN KWOK, GENEVER ) | CASE NO.: 22-50073 (JAM) |
| HOLDINGS CORPORATION and ) | |
| GENEVER HOLDINGS LLC ) | |
| ) | |
| ) | |
| PACIFIC ALLIANCE ASIA ) | ADV. PRO. NO.: 22-05032 |
| OPPORTUNITY FUND L.P. and ) | |
| LUC A. DESPINS, CHAPTER 11 ) | |
| TRUSTEE FOR THE ESTATE OF ) | |
| HO WAN KWOK, ) | |
| ) | |
| Plaintiffs ) | |
| ) | |
| v. ) | |
| ) | |
| HO WAN KWOK, ) | JANUARY 12, 2023 |
| ) | |
| Defendant. ) | |
| ) | |

## MOTION FOR CONTINUANCE

Defendant Ho Wan Kwok respectfully requests a continuance of the remote status

conference scheduled for January 13, 2023 at 10 a.m., which Defendant learned about only late last

evening, concerning the Court's issued Preliminary Injunction (ECF No. 129) (the "PI Order").

Defendant's lead counsel, David Wachen ("Mr. Wachen") and defendant's local counsel, Jeffrey

Hellman ("Mr. Hellman") each have a scheduling conflict for tomorrow's remote status conference

due to airline travel.  Mr. Wachen is available early tomorrow morning, but the conference would

need to be earlier in the morning for him to make his flight.  If 9:00 a.m. is available, that would

be ideal for him.  Alternatively, Mr. Hellman will be in the air all morning, but would be

available after 1:30 p.m. (although Mr. Wachen will be in the air at that time).  If a change in time

on January 13, 2023 does not work, then Defendant requests a continuance of the remote status conference to January 17, 2023 at 3:30 p.m. or another time when the Court and the parties are mutually available.

Defendant has not heard from the Plaintiffs as to their position with respect to this continuance but because of the short lead time feels compelled to make this request now.  This is Defendant's first continuance request.

**DEFENDANT**
**HO WAN KWOK**

By:    /s/ *Jeffrey Hellman*
          Jeffrey Hellman, Esq.
          Law Offices of Jeffrey Hellman, LLC
          195 Church Street, 10th Floor
          Tel.: 203-691-8762
          Fax: 203-832-4401
          New Haven, CT 06510
          jeff@jeffhellmanlaw.com
          Federal Bar No.: ct04102