**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| In re:<br><br>HO WAN KWOK, *et al.*,<br><br>                Debtors. | Chapter 11 Case No.<br><br>Case No. 22-50073 (JAM)<br><br>(Jointly Administered) |
| Pacific Alliance Asia Opportunity Fund L.P.,<br><br>                Plaintiff,<br><br>vs.<br><br>Ho Wan Kwok,<br><br>                Defendant | Adv. Pro. No. 22-05032 (JAM)<br><br><br>ECF No. 137 |

**ORDER GRANTING TRUSTEE'S AMENDED MOTION**
**AUTHORIZING AND DIRECTING SERVICE OF**
**PRELIMINARY INJUNCTION ORDER BY U.S. MARSHALS SERVICE**

Upon the Amended Motion and memorandum of law (the "Motion," ECF No. 137), of

Luc A. Despins, in his capacity as the Chapter 11 trustee (the "Trustee" appointed in the Chapter

11 case of Ho Wan Kwok (the "Defendant") for the entry of an order authorizing service of the

Preliminary Injunction Order by the U.S. Marshals Service upon individuals engaged in protest

activities, and upon the Defendant's Objection to the Motion (the "Objection," ECF No. 140),

and after a hearing on the Motion held on January 23, 2023; this Court having jurisdiction to

consider the Motion; and the relief requested therein in accordance with 28 U.S.C. §§ 157 and

1334 and the *Standing Order of Reference* from the United States District Court for the District

of Connecticut; and consideration of the Motion and the relief requested therein being a core

proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper in this Court pursuant to 28

U.S.C. §§ 1408 and 1409; and it appearing  that the relief requested in the Motion is in the best

interest of the Estate, its creditors, and all parties in interest, and necessary to protect the integrity of these bankruptcy cases; and due and sufficient notice of the Motion having been given under the particular circumstances; and it appearing that no other or further notice need be given; and upon all of the proceedings had before this Court; and any objections to the relief requested herein having been withdrawn or overruled on the merits; and after due deliberation and sufficient cause appearing therefor, it is hereby

**ORDERED THAT**:

1. The Motion is granted as set forth herein.

2. The Court authorizes and directs service of the Preliminary Injunction Order by the U.S. Marshals Service upon each of the individuals engaged in protest activities in the vicinity of the following locations:

    a.   200 Park Avenue, New York, New York;

    b.   7 Times Square, New York, NY 10036;

    c.   1625 Eye Street, NW, Washington, DC 20006;

    d.   [Address to be provided to U.S. Marshals Service in accordance with information ordered under seal], Los Angeles, California;

    e.   [Address to be provided to U.S. Marshals Service in accordance with information ordered under seal], Culver City, California;

    f.   [Address to be provided to U.S. Marshals Service in accordance with information ordered under seal], Larchmont, New York;

    g.   [Address to be provided to U.S. Marshals Service in accordance with information ordered under seal], Greenwich, Connecticut;

    h.   [Address to be provided to U.S. Marshals Service in accordance with information ordered under seal], Cambridge, Massachusetts;

    i.   [Address to be provided to U.S. Marshals Service in accordance with information ordered under seal], Beverly Hills, California;

j.   [Address to be provided to U.S. Marshals Service in accordance with information ordered under seal], Atherton, California;

k.   [Address to be provided to U.S. Marshals Service in accordance with information ordered under seal], Baltimore, Maryland;

l.   [Address to be provided to U.S. Marshals Service in accordance with information ordered under seal], New York, New York;

m.   [Address to be provided to U.S. Marshals Service in accordance with information ordered under seal], Amagansett, New York.

3. The Trustee or Pacific Alliance Asia Opportunity Fund L.P. may move the Court at a later date to add addresses to the list above, if needed.

4. To facilitate service of this Order by the U.S. Marshals Service the time, manner, and place restrictions of the Preliminary Injunction Order are summarized below.  The Preliminary Injunction prohibits, *inter alia*, the following:

(a) protesting, picketing, parading, or displaying or distributing harassing material at any time "before or about" the homes and residences (including residential buildings) of the Trustee, PAX or PAG personnel, and/or their respective counsel (collectively, the "Protected Parties");

(b) protesting, picketing, parading, or displaying or distributing harassing material within 200 feet of the Protected Parties' homes or residences between the hours of 3 p.m. (15:00) and 10 a.m. (10:00) prevailing local time;

(c) protesting, picketing, parading, or displaying or distributing harassing material at any time within 200 feet of the homes or residences of the relatives (including former spouses) of the Protected Parties (the "Relatives");

(d) protesting at any time in any way directly or indirectly threatens the safety of the Protected Parties or Relatives;

(e) protesting, picketing, parading, or displaying or distributing

harassing material at any time within thirty-six feet (36 ft) of any entrance of the Protected Parties' offices or workspaces (which may include universities and schools);

(f) protesting, picketing, parading, or displaying or distributing harassing material at any time within one-hundred feet (100 ft) of the Relatives' offices or workspaces (which may include universities and schools);

(g) protesting, picketing, parading, or displaying or distributing harassing material within one-hundred feet (100 ft) of the Protected Parties' offices or workspaces (which may include universities and schools) between the hours of 8 a.m. (8:00) and 10:00 a.m. (10:00) and between 4:00 p.m. (16:00) and 8:00 p.m. (20:00) prevailing local time;

5. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

6. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Dated at Bridgeport, Connecticut this 23rd day of January, 2023.

*Julie A. Manning*
United States Bankruptcy Judge
District of Connecticut