**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

| | |
|---|---|
| In Re: ) | CHAPTER 11 |
| ) | |
| HO WAN KWOK, GENEVER ) | CASE NO.: 22-50073 (JAM) |
| HOLDINGS CORPORATION and ) | |
| GENEVER HOLDINGS LLC ) | |
| ) | |
| ) | |
| PACIFIC ALLIANCE ASIA ) | ADV. PRO. NO.: 22-05032 |
| OPPORTUNITY FUND L.P., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| HO WAN KWOK, ) | JANUARY 25, 2023 |
| ) | |
| Defendant. ) | |

**NOTICE OF APPEAL**

Pursuant to Fed. R. Bankr. P. 8003, the undersigned counsel for Defendant Ho Wan Kwok in the above captioned adversary proceeding, hereby provides Notice of Appeal concerning this Court's January 13, 2023 Corrected Order Granting In Part Motion for Preliminary Injunction (ECF 133), attached as Exhibit 1, to the United States District Court for the District of Connecticut.

The other parties to the appeal are Plaintiff Pacific Alliance Asia Opportunity Fund, L.P., which is represented by the following:

| | |
|---|---|
| Laura Aronsson | Patrick M. Birney |
| O'Melveny & Myers LLP | Robinson & Cole LLP |
| 7 Times Square | 280 Trumbull Street |
| New York, NY 10036 | Hartford, CT 06103-3597 |

1

| | |
|---|---|
| Daniel Cantor<br>O'Melveny & Myers LLP<br>Times Square Tower<br>7 Times Square<br>New York, NY 10036 | Stuart M. Sarnoff<br>O'Melveny & Myers LLP<br>Times Square Tower<br>7 Times Square<br>New York, NY 10036 |
| Peter Friedman<br>O'Melveny & Myers LLP<br>1625 Eye Street NW<br>Washington, DC 20006 | Annecca H. Smith<br>Robinson & Cole, LLP<br>280 Trumbull Street<br>Hartford, CT 06103 |
| Mia N. Gonzalez<br>O'Melveny & Myers LLP<br>Times Square Tower<br>7 Times Square<br>New York, NY 10036 | |

and Plaintiff Luc A. Despins, Chapter 11 Trustee, who is represented by the following:

| | |
|---|---|
| Nicholas A. Bassett<br>Paul Hastings LLP<br>2050 M Street NW<br>Washington, DC 20036 | Douglas S. Skalka<br>Neubert, Pepe, and Monteith<br>195 Church Street, 13th Floor<br>New Haven, CT 06510 |
| Nancy Bohan Kinsella<br>Neubert, Pepe, Monteith, P.C.<br>195 Church Street, 13th Floor<br>New Haven, CT 06510 | Patrick R. Linsey<br>Neubert Pepe & Monteith, P.C.<br>195 Church St., 13th Fl.<br>New Haven, CT 06510 |

Dated: January 25, 2023  **DEFENDANT**
 **HO WAN KWOK**

By: /s/ *Jeffrey Hellman*
Jeffrey Hellman, Esq.
Law Offices of Jeffrey Hellman, LLC
195 Church Street, 10th Floor
Tel.: 203-691-8762
Fax: 203-832-4401
New Haven, CT 06510
jeff@jeffhellmanlaw.com
Federal Bar No.: ct04102

/s/ *David Wachen*
David Wachen, Esq. (pro hac vice)
Wachen LLC
11605 Montague Court
Potomac, MD 20854
Tel.: 240-292-9121
Fax: 301-259-3846
david@wachenlaw.com

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

| | |
|---|---|
| In Re: ) | CHAPTER 11 |
| ) | |
| HO WAN KWOK, GENEVER ) | CASE NO.: 22-50073 (JAM) |
| HOLDINGS CORPORATION and ) | |
| GENEVER HOLDINGS LLC ) | |
| ) | |
| ) | |
| PACIFIC ALLIANCE ASIA ) | ADV. PRO. NO.: 22-05032 |
| OPPORTUNITY FUND L.P., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| HO WAN KWOK, ) | JANUARY 25, 2023 |
| ) | |
| Defendant. ) | |

## **CERTIFICATE OF SERVICE**

I certify that on January 25, 2023, the foregoing was electronically filed. Notice of this filing is being sent by email to all parties to the above-captioned adversary proceeding via the Court's electronic filing system, CM/ECF. Parties may access this filing through the Court's CM/ECF system.

/s/ *David S. Wachen*
David S. Wachen