# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT
## BRIDGEPORT DIVISION

| | |
|---|---|
| In Re: ) | CHAPTER 11 |
| ) | |
| HO WAN KWOK, GENEVER ) | CASE NO.: 22-50073 (JAM) |
| HOLDINGS CORPORATION and ) | |
| GENEVER HOLDINGS LLC ) | |
| ) | |
| PACIFIC ALLIANCE ASIA ) | ADV. PRO. NO.: 22-05032 |
| OPPORTUNITY FUND L.P., ) | |
| ) | |
| Plaintiff/Appellee, ) | |
| ) | |
| v. ) | |
| ) | |
| HO WAN KWOK, ) | FEBRUARY 9, 2023 |
| ) | |
| Defendant/Appellant ) | |
| ) | |

## DEFENDANT'S DESIGNATION OF ITEMS
## TO BE INCLUDED IN THE RECORD ON APPEAL

Pursuant to Fed. R. Bankr. P. 8009(a)(1)(A), Ho Wan Kwok ("Appellant"), by and through his counsel, hereby designates the following items to be included in the record on appeal:

1.    Complaint filed by Pacific Alliance Asia Opportunity Fund, L.P. ("PAX") [Redacted] (Dkt. 1)[1];

2.    PAX's Motion to Seal (A) the Adversary Complaint and (B) the Motion for an Order (I) Preliminarily Enjoining the Debtor from Publishing Personal Information about Certain Parties and their Relatives Online, (II) Directing the Debtor to Remove Any Such Existing Posts, (III) Granting a Temporary Restraining Order in the Event that the Courts Orders a Hearing on

---

[1] Unless otherwise noted, references to docket numbers are to the docket in this adversary proceeding.

this Motion, and (IV) Referring the Debtor's Conduct to the U.S. Attorney's Office for the District of Connecticut, and attached Proposed Order (Dkt. 2);

3. PAX's Motion for Preliminary Injunction Enjoining the Debtor from Publishing Personal Information about Certain Parties and their Relatives Online, (II) Directing the Debtor to Remove Any Such Existing Posts, (III) Granting a Temporary Restraining Order in the Event that the Courts Orders a Hearing on this Motion, and (IV) Referring the Debtor's Conduct to the U.S. Attorney's Office for the District of Connecticut [Redacted], and attached Proposed Order (Dkt. 3);

4. Sealed Complaint filed by PAX (Dkt. 4);

5. Sealed Motion for Preliminary Injunction, and attached Proposed Order (Dkt. 5);

6. Statement-Declaration of Peter Friedman in Support of Pacific Alliance Asia Opportunity Fund L.P.'s Motion for an Order (1) Preliminarily Enjoining the Debtor from Publishing Personal Information about Certain Parties and their Relatives Online, (II) Directing the Debtor to Remove Any Such Existing Posts, (III) Granting a Temporary Restraining Order int eh Event that the Court Orders a Hearing on This Motion, and (IV) Referring the Debtor's Conduct to the U.S. Attorney's Office for the District of Connecticut, and attached Exhibits 1-3 (Dkt. 6);

7. PAX's Motion to Expedite Hearing and Limit Notice on Motion for Temporary Restraining Order and Preliminary Injunction, and attached Proposed Order (Dkt. 7);

8. Motion filed by Luc A. Despins, as Ch. 11 Trustee ("Trustee"), to (A) to Intervene in Adversary Proceeding and (B) for Joinder to PAX's Motion for Order (I) Preliminarily Enjoining the Debtor from Publishing Personal Information about Certain Parties and their Relatives Online, (II) Directing the Debtor to Remove Any Such Existing Posts, (III)

Granting a Temporary Restraining Order in the Event that the Court Orders a Hearing on This Motion, and (IV) Referring the Debtor's Conduct to the U.S. Attorney's Office for the District of Connecticut (Dkt. 9);

9. *Ex Parte* Motion of Chapter 11 Trustee to Expedite Hearing on Chapter 11 Trustee's Motion (A) to Intervene in Adversary Proceeding and (B) for Joinder to PAX's Motion for Order (I) Preliminarily Enjoining the Debtor from Publishing Personal Information about Certain Parties and their Relatives Online, (II) Directing the Debtor to Remove Any Such Existing Posts, (III) Granting a Temporary Restraining Order in the Event that the Court Orders a Hearing on This Motion, and (IV) Referring the Debtor's Conduct to the U.S. Attorney's Office for the District of Connecticut (Dkt. 10);

10. Notice of Hearing (Dkt. 17);

11. Order Granting Motion to Seal (Dkt. 24);

12. Order Granting Application for Temporary Restraining Order (Dkt. 26);

13. Joint Motion for Entry of an Order Holding Ho Wan Kwok in Civil Contempt for Failure to Comply with Temporary Restraining Order, and attached Proposed Order [Redacted] (Dkt. 40);

14. Statement-Declaration of Douglass Barron in Support of Joint Motion for Entry of an Order Holding Ho Wan Kwok in Contempt for Failure to Comply with Temporary Restraining Order, and attached Exhibits 1-10 (Dkt. 41);

15. Motion to Expedite Hearing *Ex Parte* Joint Motion of PAX and Trustee for Entry of an Order to Expedite Hearing and Limit Notice on Joint Motion for Entry of an Order Holding Ho Wan Kwok in Civil Contempt for Failure to Comply with Temporary Restraining Order, and attached Proposed Order (Dkt. 42);

16.      Joint Motion of PAX and Trustee to Seal Joint Motion for Entry of an Order Holding Ho Wan Kwok in Civil Contempt for Failure to Comply with Temporary Restraining Order and Exhibits 3 and 4 to the Declaration of Douglass Barron, and attached Proposed Order (Dkt. 43);

17.      Joint Motion for Entry of an Order Holding Ho Wan Kwok in Civil Contempt for Failure to Comply with Temporary Restraining Order [Sealed], and Exhibits 3 and 4 to Statement-Declaration of Douglass Barron in Support of Joint Motion for Entry of an Order Holding Ho Wan Kwok in Contempt for Failure to Comply with Temporary Restraining Order [Sealed] (Dkt. 44);

18.      Ho Wan Kwok's Objection to Motions for Preliminary Injunction and Cross-Motion to Vacate the November 23, 2022 Order Granting Application for a Temporary Restraining Order (Dkt. 58);

19.      Ho Wan Kwok's Proposed Order Modifying Temporary Restraining Order (Dkt. 77);

20.      Order Extending Temporary Restraining Order (Dkt. 80);

21.      Transcript of Hearing Held on November 23, 2022 (Dkt. 93);

22.      Transcript of Hearing Held on November 30, 2022 (Dkt. 94);

23.      Transcript of Hearing held on December 2, 2022 (Dkt. 95);

24.      Transcript of Hearing Held on December 5, 2022 (Dkt. 97);

25.      Transcript of Hearing Held on December 6, 2022 (Dkt. 98)

26.      Transcript of Hearing Held on December 7, 2022 (Dkt. 99);

27.      Order Granting Motion to Seal (Dkt. 100);

28.      Sealed Transcript of Hearing Held on December 5, 2022 (Dkt. 104);

29. Sealed Transcript of Hearing Held on December 6, 2022 (Dkt. 105);

30. Sealed Transcript of Hearing Held on December 7, 2022 (Dkt. 106);

31. Proposed Order Granting Preliminary Injunction (Dkt. 110-1);

32. Transcript of Hearing Held on December 12, 2022 (Dkt. 111);

33. Objection to Joint Motion for Entry of an Order Holding Ho Wan Kwok in Civil Contempt for Failure to Comply with Temporary Restraining Order (Dkt. 112), and attached Exhibits 1-12 (Dkt. 112);

34. Reply in Support of Joint Motion for Entry of an Order Holding Ho Wan Kwok in Civil Contempt for Failure to Comply with Temporary Restraining Order (Dkt. 114);

35. Exhibit List for Plaintiffs (Ex. 115);

36. Exhibit List for Defendant (Ex. 116);

37. Exhibits Admitted into Evidence During Preliminary Injunction Hearing;

38. Motion for Leave to Appeal Injunction Orders (Dkt. 124);

39. Memorandum of Decision Granting in Part Motion for Preliminary Injunction (Dkt. 128);

40. Order Granting in Part Motion for Preliminary Injunction (Dkt. 129);

41. Corrected Memorandum of Decision Granting in Part Motion for Preliminary Injunction (Dkt. 133);

42. Corrected Order Granting Motion for Preliminary Injunction (Dt. 134);

43. Notice of Appeal (Dkt. 157);

44. Motion for Leave to Appeal (Dkt. 158);

45. Transcript of Hearing Held on January 13, 2022 (Dkt. 166);

46. Statement of Chapter 11 Trustee with Respect to Debtor's Social Media Intimidation Campaign (Case No. 22-50073 Dkt. No. 1333);

47. Errata Sheet Regarding Official Transcript [12/5/22 Hearing] (Dkt. No. 177);

48. Errata Sheet Regarding Official Transcript [12/6/22 Hearing] (Dkt. No. 178);

49. Errata Sheet Regarding Official Transcript [12/7/22 Hearing] (Dkt. No. 179); and

50. Errata Sheet Regarding Official Transcript [12/12/22 Hearing] (Dkt. No. 180).

Dated: February 9, 2023          **DEFENDANT**
                                 **HO WAN KWOK**


By:    /s/ *Jeffrey Hellman*
       Jeffrey Hellman, Esq.
       Law Offices of Jeffrey Hellman, LLC
       195 Church Street, 10th Floor
       Tel.: 203-691-8762
       Fax: 203-832-4401
       New Haven, CT 06510
       jeff@jeffhellmanlaw.com
       Federal Bar No.: ct04102


       /s/ *David S. Wachen*
       David S. Wachen (*pro hac vice*)
       WACHEN LLC
       11605 Montague Court
       Potomac, MD 20854
       240-292-9121
       Fax 301-259-3846
       david@wachenlaw.com

6

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT
## BRIDGEPORT DIVISION

| | |
|---|---|
| In Re: | CHAPTER 11 |
| HO WAN KWOK, GENEVER HOLDINGS CORPORATION and GENEVER HOLDINGS LLC | CASE NO.: 22-50073 (JAM) |
| PACIFIC ALLIANCE ASIA OPPORTUNITY FUND L.P., | ADV. PRO. NO.: 22-05032 |
| Plaintiff, | |
| v. | |
| HO WAN KWOK, | FEBRUARY 9, 2023 |
| Defendant. | |

## **CERTIFICATE OF SERVICE**

I certify that on February 9, 2023, the foregoing was electronically filed. Notice of this filing is being sent by email to all parties to the above-captioned adversary proceeding via the Court's electronic filing system, CM/ECF. Parties may access this filing through the Court's CM/ECF system.

                                                /s/ *David S. Wachen*
                                                David S. Wachen