**UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION**

| | |
|---|---|
| In Re: ) | CHAPTER 11 |
| ) | |
| HO WAN KWOK, GENEVER ) | CASE NO.: 22-50073 (JAM) |
| HOLDINGS CORPORATION and ) | |
| GENEVER HOLDINGS LLC ) | |
| ) | |
| PACIFIC ALLIANCE ASIA ) | ADV. PRO. NO.: 22-05032 |
| OPPORTUNITY FUND L.P., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| HO WAN KWOK, ) | FEBRUARY 9, 2023 |
| ) | |
| Defendant. ) | |

## DEFENDANT'S STATEMENT OF ISSUES TO BE PRESENTED ON APPEAL

Pursuant to Fed. R. Bankr. P. 8009(a)(1)(A), Ho Wan Kwok ("Appellant"), by and through his counsel, intends to raise the following issues on appeal of the preliminary injunction Order entered by the Bankruptcy Court on January 13, 2023 ("Jan. 13 Order"):

1. Did the Bankruptcy Court err in issuing the Jan. 13 Order in violation of Appellant's First Amendment rights by unconstitutionally restricting Appellant's rights to speech, protest, and association?

2. Did the Bankruptcy Court err in issuing the vague, ambiguous, and overly broad Jan. 13 Order?

3. Did the Bankruptcy Court err in its findings of fact in support of the Jan. 13 Order, including, but not limited to, its findings of fact that Appellant has control over third

parties who engaged in protests or distributed leaflets and/or who published social media posts, and that Appellant controls or uses certain social media accounts?

4. Did the Bankruptcy Court err in relying almost entirely on inadmissible, unreliable hearsay for its findings of fact in support of the Jan. 13 Order?

5. Did the Bankruptcy Court err in restricting Appellant's ability to assert and pursue his rights in the underlying proceeding by the Jan. 13 Order's prohibition of Appellant "interfering in any way with the integrity of his Chapter 11 case"?

6. Did the Bankruptcy Court lack subject-matter jurisdiction to enter the Jan. 13 Order?

Dated: February 9, 2023              **DEFENDANT**
                                     **HO WAN KWOK**


                               By:   /s/ *Jeffrey Hellman*
                                     Jeffrey Hellman, Esq.
                                     Law Offices of Jeffrey Hellman, LLC
                                     195 Church Street, 10th Floor
                                     Tel.: 203-691-8762
                                     Fax: 203-832-4401
                                     New Haven, CT 06510
                                     jeff@jeffhellmanlaw.com
                                     Federal Bar No.: ct04102


                                     /s/ *David S. Wachen*
                                     David S. Wachen (*pro hac vice*)
                                     WACHEN LLC
                                     11605 Montague Court
                                     Potomac, MD 20854
                                     240-292-9121
                                     Fax 301-259-3846
                                     david@wachenlaw.com

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

| | |
|---|---|
| In Re: ) | CHAPTER 11 |
| ) | |
| HO WAN KWOK, GENEVER ) | CASE NO.: 22-50073 (JAM) |
| HOLDINGS CORPORATION and ) | |
| GENEVER HOLDINGS LLC ) | |
| ) | |
| ) | |
| PACIFIC ALLIANCE ASIA ) | ADV. PRO. NO.: 22-05032 |
| OPPORTUNITY FUND L.P., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| HO WAN KWOK, ) | FEBRUARY 9, 2023 |
| ) | |
| Defendant. ) | |
| ) | |

**CERTIFICATE OF SERVICE**

I certify that on February 9, 2023, the foregoing was electronically filed. Notice of this filing is being sent by email to all parties to the above-captioned adversary proceeding via the Court's electronic filing system, CM/ECF. Parties may access this filing through the Court's CM/ECF system.

/s/ *David S. Wachen*
David S. Wachen

3