**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| HO WAN KWOK, *et al.*,[1] | Case No. 22-50073 (JAM) |
| Debtors. | (Jointly Administered) |
| Pacific Alliance Asia Opportunity Fund L.P., | |
| Plaintiff, | |
| vs. | Adv. Pro. No. 22-05032 (JAM) |
| Ho Wan Kwok, | |
| Defendant. | February 17, 2023 |

**NOTICE OF WITHDRAWAL OF JOINT MOTION FOR ENTRY OF AN ORDER HOLDING HO WAN KWOK IN CIVIL CONTEMPT FOR FAILURE TO COMPLY WITH TEMPORARY RESTRAINING ORDER**

Pacific Alliance Asia Opportunity Fund L.P. ("PAX") and Luc Despins, as the appointed Chapter 11 Trustee to the Individual Debtor Kwok's estate (the "Trustee"), by and through undersigned counsel, hereby provide notice of their withdrawal of the *Joint Motion for Entry of An Order Holding Ho Wan Kwok in Civil Contempt for Failure to Comply with Temporary*

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595) ("Kwok" or the "Individual Debtor"), Genever Holdings Corporation ("Genever BVI"), and Genever Holdings LLC (last four digits of tax identification number: 8202) ("Genever US"). The mailing address for the Trustee, Genever BVI, and Genever US is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications). Citations to the chapter 11 bankruptcy docket are referenced in this motion as "Bankr. ECF" and citations to the docket of this adversary proceeding are referenced as "Adv. Pro. ECF."

*Restraining Order* [Adv. Pro. ECF No. 40] (the "Notice"). The Notice is made without prejudice to any potential future motion to enforce the Court's January 13, 2023 *Corrected Order Granting in Part Motion for Preliminary Injunction* [Adv. Pro. ECF No. 134]. PAX and the Trustee expressly reserve all rights in connection with any such motion.

February 17, 2023

| | |
|---|---|
| **LUC A. DESPINS,** **CHAPTER 11 TRUSTEE** | Pacific Alliance Asia Opportunity Fund L.P. |
| *By*: /s/ Douglas S. Skalka<br>Douglas S. Skalka (ct00616)<br>Patrick R. Linsey (ct29437)<br>**NEUBERT, PEPE & MONTEITH, P.C.**<br>195 Church Street, 13th Floor<br>New Haven, Connecticut 06510<br>(203) 781-2847<br>dskalka@npmlaw.com<br>plinsey@npmlaw.com<br><br>-and-<br><br>Nicholas A. Bassett (admitted *pro hac vice*)<br>PAUL HASTINGS LLP<br>2050 M Street NW<br>Washington, D.C., 20036<br>(202) 551-1902<br>nicholasbassett@paulhastings.com<br><br>-and-<br><br>Avram E. Luft (admitted *pro hac vice*)<br>Douglass Barron (admitted *pro hac vice*)<br>**PAUL HASTINGS LLP**<br>200 Park Avenue<br>New York, New York 10166<br>(212) 318-6079<br>aviluft@paulhastings.com<br>douglassbarron@paulhastings.com<br><br>*Counsel for the Chapter 11 Trustee* | *By:* /s/ Patrick M. Birney<br>Patrick M. Birney (CT No. 19875)<br>Annecca H. Smith (CT No. 31148)<br>**ROBINSON & COLE LLP**<br>280 Trumbull Street<br>Hartford, CT 06103<br>Telephone: (860) 275-8275<br>Facsimile: (860) 275-8299<br>E-mail: pbirney@rc.com<br>       asmith@rc.com<br><br>-and-<br><br>Peter Friedman (admitted *pro hac vice*)<br>Stuart M. Sarnoff (admitted *pro hac vice*)<br>**O'MELVENY & MYERS LLP**<br>Seven Times Square<br>New York, NY 10036<br>Telephone: (212) 326-2000<br>Facsimile: (212) 326-2061<br>Email: pfriedman@omm.com<br>       ssarnoff@omm.com<br><br>*Counsel for PAX* |

**CERTIFICATE OF SERVICE**

I hereby certify that on February 17, 2023, a copy of the foregoing was filed electronically through the Court's CM/ECF System. Notice of this filing will be sent by e-mail to all parties receiving notice by operation of the court's electronic filing system. Parties in interest may access this filing through the Court's CM/ECF System.

                                               /s/ *Patrick M. Birney*
                                               Patrick M. Birney