**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

| | |
|---|---|
| In re:<br><br>HO WAN KWOK, *et al.*,[1]<br><br>              Debtors. | Chapter 11<br><br>Case No. 22-50073 (JAM)<br><br>(Jointly Administered) |
| Pacific Alliance Asia Opportunity Fund L.P.,<br><br>              Plaintiff,<br><br>vs.<br><br>Ho Wan Kwok,<br><br>              Defendant. | Adv. Pro. No. 22-05032 (JAM)<br><br>February 23, 2023 |

**NOTICE RELATED TO DEADLINE TO SUBMIT PLAINTIFF/APPELLEE'S**
**COUNTER-DESIGNATION OF ADDITIONAL ITEMS TO**
**BE INCLUDED IN RECORD ON APPEAL**

     **PLEASE TAKE NOTICE** that, on January 25, 2023, Ho Wan Kwok, the defendant in the above-captioned adversary proceeding (the "Defendant") filed its *Motion for Leave to Appeal Preliminary Injunction Against Defendant Ho Wan Kwok* [ECF No. 158] (the "Motion for Leave") wherein the Defendant sought leave to appeal this Court's *Order Granting in Part Motion for Preliminary Injunction* [ECF No. 129], as amended by the *Corrected Order Granting in Part Motion for Preliminary Injunction* [ECF No. 134].

     **PLEASE TAKE NOTICE** that on February 8, 2023, the plaintiff, Pacific Alliance Asia Opportunity Fund, L.P., (the "Plaintiff") timely filed its *Opposition to Ho Wan Kwok's Motion*

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595) ("Kwok" or the "Individual Debtor"), Genever Holdings Corporation ("Genever BVI"), and Genever Holdings LLC (last four digits of tax identification number: 8202) ("Genever US"). The mailing address for the Trustee, Genever BVI, and Genever US is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications). Citations to the chapter 11 bankruptcy docket are referenced in this motion as "Bankr. ECF" and citations to the docket of this adversary proceeding are referenced as "ECF."

*for Leave to Appeal the Preliminary Injunction* in the U.S. District Court for the District of Connecticut [Case No. 23-00102-JBA, ECF No. 17] (the "Objection").

**PLEASE TAKE NOTICE** that on February 9, 2023, the Defendant filed his *Designation of Items to Be Included in the Record on Appeal* [ECF No. 186] and *Statement of Issues to be Presented on Appeal* [ECF No. 187] (collectively the "Statements") pursuant to Rule 8009 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

**PLEASE TAKE NOTICE** that pursuant to Bankruptcy Rule 8009(a)(1)(B), the Defendant "must file and serve the [Statements] within 14 days after . . . (i) an order granting leave to appeal is entered [and Statements] served prematurely ***must*** be treated as served on the first day on which filing is timely" (emphasis added).

**PLEASE TAKE NOTICE** that the Motion for Leave remains pending and, accordingly, the Defendant filed and served the Statements prematurely.

**PLEASE TAKE NOTICE** that pursuant Bankruptcy Rule 8009(a)(1)(B) and (a)(2), the Plaintiff's designation of additional items to be included in the record will not be due until 14 days after the U.S. District Court adjudicates the Motion for Leave.

[*Signature on following page*]

February 23, 2023

| | |
|---|---|
| **LUC A. DESPINS,**<br>**CHAPTER 11 TRUSTEE** | **Pacific Alliance Asia Opportunity Fund L.P.** |
| By: /s/ *Douglas S. Skalka*<br>   Douglas S. Skalka (ct00616)<br>   Patrick R. Linsey (ct29437)<br>**NEUBERT, PEPE & MONTEITH, P.C.**<br>195 Church Street, 13th Floor<br>New Haven, Connecticut 06510<br>(203) 781-2847<br>dskalka@npmlaw.com<br>plinsey@npmlaw.com<br><br>-and-<br><br>Nicholas A. Bassett (admitted *pro hac vice*)<br>**PAUL HASTINGS LLP**<br>2050 M Street NW<br>Washington, D.C., 20036<br>(202) 551-1902<br>nicholasbassett@paulhastings.com<br><br>-and-<br><br>Avram E. Luft (admitted *pro hac vice*)<br>Douglass Barron (admitted *pro hac vice*)<br>**PAUL HASTINGS LLP**<br>200 Park Avenue<br>New York, New York 10166<br>(212) 318-6079<br>aviluft@paulhastings.com<br>douglassbarron@paulhastings.com<br><br>*Counsel for the Chapter 11 Trustee* | By: /s/ *Patrick M. Birney*<br>   Patrick M. Birney (CT No. 19875)<br>   Annecca H. Smith (CT No. 31148)<br>**ROBINSON & COLE LLP**<br>280 Trumbull Street<br>Hartford, CT 06103<br>Telephone: (860) 275-8275<br>Facsimile: (860) 275-8299<br>E-mail: pbirney@rc.com<br>          asmith@rc.com<br><br>-and-<br><br>Peter Friedman (admitted *pro hac vice*)<br>Stuart M. Sarnoff (admitted *pro hac vice*)<br>**O'MELVENY & MYERS LLP**<br>Seven Times Square<br>New York, NY 10036<br>Telephone: (212) 326-2000<br>Facsimile: (212) 326-2061<br>Email: pfriedman@omm.com<br>         ssarnoff@omm.com<br><br>*Counsel for PAX* |

**CERTIFICATE OF SERVICE**

I hereby certify that on February 23, 2023, a copy of the foregoing was filed electronically through the Court's CM/ECF System. Notice of this filing will be sent by e-mail to all parties receiving notice by operation of the court's electronic filing system. Parties in interest may access this filing through the Court's CM/ECF System.

/s/ *Patrick M. Birney*