# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF CONNECTICUT
# BRIDGEPORT DIVISION

| | | |
|---|---|---|
| In Re: | ) | CHAPTER 11 |
| | ) | |
| HO WAN KWOK, GENEVER HOLDINGS CORPORATION and GENEVER HOLDINGS LLC | ) ) ) ) | CASE NO.: 22-50073 (JAM) |
| | ) | |
| PACIFIC ALLIANCE ASIA OPPORTUNITY FUND L.P., | ) ) ) | ADV. PRO. NO.: 22-05032 |
| Plaintiff, | ) ) ) | |
| v. | ) ) | |
| HO WAN KWOK, | ) ) | MARCH 22, 2023 |
| Defendant. | ) ) | |

## AMENDED DISCLOSURE OF COMPENSATION

Pursuant to Fed. R. Bankr. P. 2016(b), undersigned counsel for Defendant Ho Wan Kwok in the above-captioned adversary proceeding, David S. Wachen, submits this amendment to his Disclosure of Compensation dated January 5, 2023, based on additional information that has become available and to provide greater clarity. Undersigned counsel discloses that his firm, Wachen LLC, has, as of the date of this filing, received the following payments to its attorney trust account[1] to be used as compensation paid to his firm and Defendants' local counsel for services rendered on behalf of Defendant in connection with this matter as well as to cover out-of-pocket expenses associated with this representation:

---

[1] The amount referenced in the Disclosure of Compensation dated January 5, 2023 involved funds received in the firm's operating account and not funds that were disbursed directly from the firm's trust account to Defendant's local counsel.

| Date | Amount | Payee |
|---|---|---|
| 11/28/2022 | $22,980.00 | Macaron Limited |
| 12/2/2022 | $9,980.00 | Macaron Limited |
| 12/9/2022 | $9,987.00 | Mimaii NZ Limited |
| 12/9/2022 | $9,975.00 | Joyord Sportswear Limited |
| 12/20/2022 | $79,980.00 | Macaron Limited |
| 1/17/2023 | $45,565.19 | Macaron Limited |

Counsel has been informed that the source of these payments was Qiang Guo (Defendant's son), as compensation for legal fees, including contractor and out-of-pocket expenses, incurred in this matter. Undersigned counsel's firm has not shared or agreed to share its fees with any person or party. Defendant has agreed to pay the undersigned's firm's legal fees and expenses, but payment is expected from Qiang Guo (Defendant's son).

Dated: March 22, 2023     **DEFENDANT**
                                          **HO WAN KWOK**

                       By:    /s/ *David S. Wachen*
                              David S. Wachen (*pro hac vice*)
                              WACHEN LLC
                              11605 Montague Court
                              Potomac, MD 20854
                              240-292-9121
                              Fax 301-259-3846
                              david@wachenlaw.com

**CERTIFICATE OF SERVICE**

I certify that, on March 22, 2023, I caused a copy of the foregoing to be filed electronically with the Court's electronic filing system. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system—including, in particular, counsel for the United States Trustee as required by Fed. R. Bankr. P. 2016(b)—or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

*/s/David S. Wachen*
David S. Wachen
