**UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION**

| | |
|---|---|
| In re:<br><br>HO WAN KWOK, *et al.*,[1]<br><br>                      Debtors. | Chapter 11<br><br>Case No. 22-50073 (JAM)<br><br>(Jointly Administered) |
| Pacific Alliance Asia Opportunity Fund L.P.,<br><br>                      Plaintiff,<br><br>vs.<br><br>Ho Wan Kwok,<br><br>                      Defendant. | Adv. Pro. No. 22-05032 (JAM)<br><br>August 4, 2023 |

**STIPULATION DESIGNATING SUPPLEMENTAL RECORD ON APPEAL**

Pursuant to Rule 8009(e)(2)(A) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Pacific Alliance Asia Opportunity Fund, L.P. ("PAX"), Luc Despins, as the Chapter 11 Trustee (the "Trustee"), and Ho Wan Kwok ("Kwok," together with PAX and the Trustee, the "Parties," and each individually a "Party") hereby stipulate (this "Stipulation") and designate supplemental items to be included in the record on appeal.

**WHEREAS**, the Parties timely submitted their respective designations of items to be

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595) ("Kwok" or the "Individual Debtor"), Genever Holdings Corporation ("Genever BVI"), and Genever Holdings LLC (last four digits of tax identification number: 8202) ("Genever US"). The mailing address for the Trustee, Genever BVI, and Genever US is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications). Citations to the chapter 11 bankruptcy docket are referenced in this motion as "Bankr. ECF" and citations to the docket of this adversary proceeding are referenced as "ECF."

1

included in the record on appeal pursuant to Bankruptcy Rule 8009; and

**WHEREAS**, hearings were held before this Court on December 5, 6, and 7, 2022 (the "Hearings") in the above-captioned adversary proceeding; and

**WHEREAS**, on December 13, 2022 the Court entered an order granting PAX's motion to seal certain portions of the record of the Hearings, [ECF No. 100] (the "Sealing Order"); and

**WHEREAS**, certain clerical corrections were made to the transcripts of the Hearings; and

**WHEREAS**, the official transcripts for the Hearings were included in Kwok's designation of the record on appeal [ECF No. 186]; and

**WHEREAS**, errata sheets clarifying the clerical errors were included in PAX's and the Trustee's joint designation of the record on appeal [ECF No. 198]; and

**WHEREAS**, corrected transcripts were filed under seal pursuant to the Sealing Order [ECF Nos. 192, 193, & 194] (as more particularly described herein, the "Corrected Transcripts");

**WHEREAS**, at a hearing before the Court on May 10, 2023, the Court requested the Parties supplement the appellate record to include the Corrected Transcripts;

**WHEREAS**, the Parties filed a stipulation in the United States District Court for the District of Connecticut (the "District Court") supplementing the appellate record to add the Corrected Transcripts, Case No. 23-00102 ECF No. 37, and providing to upload the Corrected Transcripts under seal; and

**WHEREAS**, the District Court requests the Bankruptcy Court transmit the Corrected Transcripts directly to the District Court in accordance with Rule 8010 of the Federal Rules of Bankruptcy Procedure.

26344631-v1

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED AS FOLLOWS**:

1. In accordance with Bankruptcy Rule 8009(e)(2)(A), the Parties hereby designate the Corrected Transcripts to be included in the record on appeal, to wit:

    a. Corrected Sealed Transcript for December 5, 2022 Hearing [ECF No. 192];
    b. Corrected Sealed Transcript for December 6, 2022 Hearing [ECF No. 193]; and
    c. Corrected Sealed Transcript for December 7, 2022 Hearing [ECF No. 194].

2. Nothing herein shall be construed as precluding any Party from seeking to further supplement the record on appeal, by stipulation or otherwise, should circumstances so arise.

3. This Stipulation shall be binding upon and inure to the benefit of the parties hereto, any parties in interest in this case and each of their heirs, executors, administrators, successors, and assigns.

4. This Stipulation may be signed in multiple counterparts and by facsimile transmission or email, each of which, when taken together, shall constitute one executed original.

5. This Stipulation shall be deemed to have been jointly drafted by the parties in construing and interpreting this Stipulation. No provision shall be construed and interpreted for or against any of the parties because such provision or any other provision of the Stipulation was proposed or requested by such party.

*[Signatures on following page]*

26344631-v1

Dated: August 4, 2023
      Hartford, Connecticut

| **LUC A. DESPINS, CHAPTER 11 TRUSTEE** | **Pacific Alliance Asia Opportunity Fund L.P.** | **HO WAN KWOK** |
|---|---|---|
| By: /s/ *Patrick R. Linsey* <br> Douglas S. Skalka (ct00616) <br> Patrick R. Linsey (ct29437) <br> NEUBERT, PEPE & MONTEITH, P.C. <br> 195 Church Street, 13th Floor <br> New Haven, Connecticut 06510 <br> (203) 781-2847 <br> dskalka@npmlaw.com <br> plinsey@npmlaw.com <br><br> -and- <br><br> Nicholas A. Bassett (*pro hac vice*) <br> PAUL HASTINGS LLP <br> 2050 M Street NW <br> Washington, D.C., 20036 <br> (202) 551-1902 <br> nicholasbassett@paulhastings.com <br><br> -and- <br><br> Avram E. Luft (*pro hac vice*) <br> Douglass Barron (*pro hac vice*) <br> PAUL HASTINGS LLP <br> 200 Park Avenue <br> New York, New York 10166 <br> (212) 318-6079 <br> aviluft@paulhastings.com <br> douglassbarron@paulhastings.com | By: /s/ *Patrick M. Birney* <br> Patrick M. Birney (ct19875) <br> Annecca H. Smith (ct31148) <br> ROBINSON & COLE LLP <br> 280 Trumbull Street <br> Hartford, CT 06103 <br> (860) 275-8275 <br> Fax: (860) 275-8299 <br> pbirney@rc.com <br> asmith@rc.com <br><br> -and- <br><br> Peter Friedman (*pro hac vice*) <br> Stuart M. Sarnoff (*pro hac vice*) <br> Daniel L. Cantor (*pro hac vice*) <br> O'MELVENY & MYERS LLP <br> Seven Times Square <br> New York, NY 10036 <br> (212) 326-2000 <br> Fax: (212) 326-2061 <br> pfriedman@omm.com <br> ssarnoff@omm.com <br> dcantor@omm.com | By: /s/ *Jeffrey Hellman* <br> Jeffrey Hellman, Esq. (ct04102) <br> Law Offices of Jeffrey Hellman, LLC <br> 195 Church Street, 10th Floor <br> New Haven, CT 06510 <br> Tel.: 203-691-8762 <br> Fax: 203-832-4401 <br> jeff@jeffhellmanlaw.com <br><br> -and- <br><br> David S. Wachen (*pro hac vice*) <br> WACHEN LLC <br> 11605 Montague Court <br> Potomac, MD 20854 <br> 240-292-9121 <br> Fax: 301-259-3846 <br> david@wachenlaw.com |

## **ORDER**

Upon the foregoing Stipulation, and good cause appearing, **IT IS SO ORDERED.**

Dated: _____, 2023     _____
                                                HON. JULIE A. MANNING
                                                UNITED STATES BANKRUPTCY COURT JUDGE

26344631-v1

**CERTIFICATE OF SERVICE**

I hereby certify that on August 4, 2023, a copy of the foregoing was filed electronically through the Court's CM/ECF System. Notice of this filing will be sent by e-mail to all parties receiving notice by operation of the court's electronic filing system. Parties in interest may access this filing through the Court's CM/ECF System.

                                              /s/ *Patrick M. Birney*
                                              Patrick M. Birney