# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF CONNECTICUT

## ACKNOWLEDGEMENT OF RECEIPT OF TRANSMITTAL BY DISTRICT COURT

Debtor(s) Name: Ho Wan Kwok and Genever Holdings LLC

Bankruptcy Case No.: 22-50073

Adversary Case No.: 22-5032

Previous Civil No.: 23-102(KAD)

Previous Miscellaneous No.:

Transmittal dated: August 7, 2023

**To the Bankruptcy Court:**

**The following number has been assigned:**

[X] Civil No. Assigned    3:23-cv-00102-KAD

[ ] Miscellaneous No. Assigned

[X] I hereby acknowledge receipt of the items indicated on the Transmittal sheet referenced above.

[ ] I hereby return the original item(s) indicated on the Transmittal sheet referenced above.

By: /s/Nick Fanelle    Date: 8/7/2023
Deputy Clerk, U.S. District Court

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF CONNECTICUT

### TRANSMITTAL FORM TO DISTRICT COURT REGARDING
### APPEALS AND RELATED DOCUMENTS

Debtor(s) Name: Ho Wan Kwok and Genever Holdings LLC

Case No.        22-50073

Adversary Proceeding Name: Pacific Alliance Asia Opportunity Fund L.P. v. Kwok

Adversary Proceeding Number:    22-5032

Previous Civil Number:        23-102(KAD)

Previous Miscellaneous Number:

**To the District Court:**
**Attached please find the following checked items:**

1. ☐ Motion for Leave to Appeal (only)

   If indicated below, the Notice of Appeal is attached:
   ☐ Notice of Appeal attached

2. ☐ Notice of Appeal (only)   ECF No.:

3. ☐ Related documents as indicated below:

   ☐ Designation of items designated by the Appellant

   ☐ Designation of items designated by the Appellee

   ☐ Cross Appeal

   ☐ Amended Appeal

   ☐ Original Court Exhibits, via mail or hand delivery (indicate how many)

   ☑ Transcripts: Pursuant to the Stipulated Order Designating Supplemental Record at ECF No. 206, the Corrected Sealed Transcripts at ECF Nos. 192, 193 and 194 shall be transmitted to U.S. District Court via email.

4.    Other applicable information:

Filing Fee: ☒ Paid ☐ Not Paid

Appellant's Name:

Appellant's Attorney:

Appellee's Name:

Appellee's Attorney:

Interested Party:

By: /s/ Zahra Adam-Zeini          Date: August 7, 2023
   Deputy Clerk, U.S. Bankruptcy Court