**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

IN RE: KWOK,
    *Debtors*

                                   BANKR. NO. 22-50073 (JAM)
                                   ADV. PRO. NO. 22-5032
                                   CIVIL NO. 3:23-CV-00102 (KAD)

HO WAN KWOK,
    *Debtor-Appellant*,

v.

PACIFIC ALLIANCE ASIA OPPORTUNITY FUND L.P.,
and LUC A. DESPINS,
    *Appellees*.

## JUDGMENT

    This action having come before the Court on a notice of appeal from Bankruptcy Court before the Honorable Kari A. Dooley, United States District Judge; and the Court having considered the full record of the case including applicable principles of law, and having entered an order on September 30, 2024 affirming the orders of the Bankruptcy Court granting Appellees' motion for a preliminary injunction and directing judgment enter in favor of the Appellees; It is therefore;

    ORDERED, ADJUGED and DECREED that judgment is entered in favor of Appellees and the case is closed.

    Dated at Bridgeport, Connecticut, this 30th day of September 2024.

                                                   DINAH MILTON KINNEY, Clerk
                                                   <u>By: /s/ Kristen Gould</u>
                                                   Kristen Gould
                                                   Deputy Clerk

<u>EOD:</u> 9/30/2024